IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARILYN F. QUIRIN, Special Representative of the Estate of RONALD J. QUIRIN, Deceased, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 13-2633 |
| LORILLARD TOBACCO COMPANY, *et al*. | § § § § | |
| Defendants. | § | |

**PLAINTIFFS' NOTICE OF FILING RULE 26(a)(2)(B) REPORTS**

COME NOW Plaintiffs, by and through their attorneys, Waters & Kraus, LLP, and pursuant to the Court's Docket Entry dated May 14, 2013, hereby file the following Rule 26(a)(2)(B) expert reports:

1. Expert Report of Captain William A. Lowell, dated July 1, 2013, attached hereto as Attachment 1;

2. Expert Report of Dr. John Pauly, dated July 6, 2013, attached hereto as Attachment 2;

3. Expert Report of Dr. Arnold R. Brody, dated July 10, 2013, attached hereto as Attachment 3;

4. Expert Report of Dr. James Millette, dated July 11, 2013, attached hereto as Attachment 4; and

5. Expert Report of Dr. Carl Andrew Brodkin, dated July 11, 2013, attached hereto as Attachment 5.

Due to their size, Plaintiffs are *not* filing the exhibits to these reports, but are producing them to Defendants concurrently with this filing.

| | |
|---|---|
| Dated: July 15, 2013. | Respectfully submitted, |
| | **WATERS & KRAUS, LLP** |

   */s/ Gibbs C. Henderson*_____
Gibbs C. Henderson, TX Bar No. 24041084
*Admitted Pro Hac Vice*
3219 McKinney Avenue
Dallas, TX 75204
(214) 357-6244 Telephone
(214) 357-7252 Facsimile

and

Robert N. Wadington, IL State Bar No. 31494
**ROBERT N. WADINGTON & ASSOCIATES**
111 W. Washington, Suite 1460
Chicago, IL 60602
(312) 629-2706 Telephone
(312) 629-8022 Facsimile
rwadington@wadingtonlaw.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been electronically filed with the Clerk of the Court via the CM/ECF and served upon all counsel of record via the same manner on this the 15th day of July, 2013.

   */s/ Gibbs C. Henderson*_____
**Gibbs C. Henderson**