IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| MARILYN F. QUIRIN, as Executor of the Estate of RONALD J. QUIRIN, Deceased,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>LORILLARD TOBACCO COMPANY,  )<br>*et al.*,  )<br>)<br>Defendants.  )<br>) | Civil Action No. 13-cv-02633<br><br>Judge Joan B. Gottschall |

**DEFENDANT UNION CARBIDE CORPORATION'S MOTION TO JOIN AND ADOPT DEFENDANT GEORGIA-PACIFIC LLC'S MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY, WORK PRACTICE STUDIES, AND TYNDALL LIGHTING VIDEOTAPES OF PLAINTIFF'S EXPERT JAMES R. MILLETTE, PH.D.**

Defendant Union Carbide Corporation ("Union Carbide") moves to join and adopt any and all of the arguments raised by Defendant Georgia Pacific, LLC in its Motion *In Limine* to Exclude the Testimony, Work Practice Studies, and Tyndall Lighting Videotapes of Plaintiff's Expert James R. Millette, Ph.D., and states as follows:

1. Union Carbide opposes the introduction of the testimony and evidence Plaintiff seeks to admit through Plaintiff's expert James R. Millette, Ph.D. on the grounds that Dr. Millette's expert opinion is unreliable and the work practice studies, videotapes, and testimony of Dr. Millette are irrelevant, do not demonstrate a substantial similarity to the conditions of Mr. Quirin's alleged exposure, are misleading and unduly prejudicial, and are thus inadmissible.

2. In furtherance of judicial economy and in an effort not to burden this Court with duplicative arguments, Union Carbide hereby joins in Georgia Pacific, LLC's Motion *In Limine*

1

to Exclude the Testimony, Work Practice Studies, and Tyndall Lighting Videotapes of Plaintiff's Expert James R. Millette, Ph.D.

For the reasons contained therein, Union Carbide respectfully requests this Court grant Georgia Pacific, LLC's Motion *In Limine* to Exclude the Testimony, Work Practice Studies, and Tyndall Lighting Videotapes of Plaintiff's Expert James R. Millette, Ph.D.

Dated: August 1, 2013

Respectfully submitted,
By: s/ Richard F. Bulger_____

Richard F. Bulger
Mayer Brown LLP
71 S. Wacker Drive
Chicago, Illinois 60606-4637
Telephone (312) 782-0600
Facsimile (312) 701-7711

Thomas J. Morel
Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone (312) 862-2000

Tobin J. Taylor
Heyl Royster Voelker & Allen
19 S. LaSalle St., Suite 1203
Chicago, IL 60603
Telephone (312) 853-8700

ATTORNEYS FOR UNION
CARBIDE CORPORATION

**CERTIFICATE OF SERVICE**

    I, Richard F. Bulger, an attorney, hereby certify that on August 1, 2013, I caused a true and correct copy of the foregoing DEFENDANT UNION CARBIDE CORPORATION'S MOTION TO JOIN AND ADOPT DEFENDANT GEORGIA-PACIFIC LLC'S MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY, WORK PRACTICE STUDIES, AND TYNDALL LIGHTING VIDEOTAPES OF PLAINTIFF'S EXPERT JAMES R. MILLETTE, PH.D. to be filed and served electronically via the court's CM/ECF system.

                                                                                                       _s/ Richard F. Bulger_____
                                                                                                        Richard F. Bulger
                                                                                                        Mayer Brown LLP
                                                                                                        71 S. Wacker Drive
                                                                                                        Chicago, Illinois 60606-4637
                                                                                  Telephone (312) 782-0600
                                                                                  Facsimile (312) 701-7711