## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MARILYN F. QUIRIN, Special representative of the Estate of RONALD J. QUIRIN, Deceased | ) ) ) ) Case No: 13 C 2633 |
| v. | ) ) ) Judge: Gottschall |
| CRANE CO., et al. | ) ) ) |

### ORDER

By agreement, Plaintiff Motion to Strike is withdrawn [152]. The clerk is directed to terminate the motion. Defendants' Motions for Leave to File Excess Pages [113], [125] are granted. Defendants' Motions for Joinder [130], [146], [149] are granted.

Defendant's Motion to Clarify [136] is granted. The court's 5/14/2013 order is clarified as follows: All Motions for Summary Judgment and *Daubert* motions were to be filed by 8/1/2013. Responses are due 9/16/2013; Replies are due 9/30/2013. The briefing schedule on non-*Daubert* motions in limine was held in abeyance. The court wishes to consider all of the non-*Daubert* motions in limine after the *Daubert* issues are resolved, and it therefore strikes the motions in limine that have been prematurely filed, without prejudice to re-filing.

Having reviewed the motions, the court has attempted to characterize the motions as either *Daubert* motions or non-*Daubert* motions in limine. The parties are requested to inform the court if any motions have been mischaracterized. The court characterizes the following as Motions for Summary Judgment and *Daubert* motions subject to the briefing schedule stated above: [95, 100, 103, 105, 109, 114, 121, 124, 128, 132, 141]. The court characterizes the following as non-*Daubert* motions in limine and directs the clerk to strike the pending motions, without prejudice to re-file: [106, 107, 108, 110, 111, 112, 115, 116, 117, 118, 131, 138, 139, 140, 142, 143, 144, 145, 147, 148]. Defendant's Motion to Join [150] is denied as moot.

Defendants' Motions to Dismiss [43, 45, 49, 55, 58] have been taken under advisement.

No appearance is required on 8/14/2013.

DATED: August 13, 2013  /s/
JOAN B. GOTTSCHALL
United States District Judge