## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MARILYN F. QUIRIN, Special Representative of the Estate of RONALD J. QUIRIN, Deceased | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 13-2633 |
| LORILLARD TOBACCO COMPANY, et al. | § § § § | |
| Defendants. | § | |

## NOTICE OF SETTLEMENT WITH DEFENDANT UNION CARBIDE CORPORATION

COMES NOW Plaintiff, by and through her attorneys, Waters & Kraus, LLP, and files this Notice of Settlement with Defendant Union Carbide Corporation ("UCC"). It is anticipated that UCC will file a proposed order for dismissal shortly.

Respectfully submitted,

**WATERS & KRAUS, LLP**

_/s/Gibbs Henderson_
Gibbs C. Henderson, TX Bar No. 24041084
*Admitted Pro Hac Vice*
3219 McKinney Avenue
Dallas, TX 75204
Telephone: (214) 357-6244
Facsimile: (214) 357-7252

and

**ROBERT N. WADINGTON & ASSOCIATES**

*/s/Robert N. Wadington*
Robert N. Wadington, IL State Bar No. 31494
111 W. Washington, Suite 1460
Chicago, IL 60602
Telephone: (312) 629-2706
Facsimile: (312) 629-8022
rwadington@wadingtonlaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing document was filed and served on All Counsel of Record on this 3rd day of October 2013 via CM/ECF.

*/s/Gibbs C. Henderson*
Gibbs C. Henderson