T3107

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARILYN F. QUIRIN, as Executor of the Estate of RONALD J. QUIRIN, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>LORILLARD TOBACCO COMPANY, et al.,<br><br>Defendants. | Civil Action No. 13-2633 |

## MOTION FOR DISMISSAL

Now comes Defendant, Union Carbide Corporation ("Union Carbide") by attorneys Heyl Royster Voelker & Allen, and advises the Court that Plaintiff Marilyn Quirin, as representative of the estate of Ronald Quirin and Defendant Union Carbide Corporation have reached an agreement for settlement, Plaintiff having provided notice of such settlement on 10/3/13, Doc. #201, and requests dismissal with prejudice from the instant action, and in support thereof, states as follows:

1. After arms' length negotiation, Plaintiff and Union Carbide have entered into a settlement agreement in good faith.

2. Union Carbide respectfully requests dismissal with prejudice of the present cause of action as to Union Carbide, parties to bear their own costs.

UNION CARBIDE CORPORATION

BY: _____/s/ Tobin J. Taylor_____
HEYL, ROYSTER, VOELKER & ALLEN
Tobin J. Taylor #6238227

HEYL, ROYSTER, VOELKER & ALLEN
124 SW Adams Street, Suite 600
Peoria, IL 61602
Telephone: 309.676.0400
Facsimile: 309.676.3374

HEYL, ROYSTER, VOELKER & ALLEN
19 S. LaSalle St., Suite 1203
Chicago, IL 60603
Telephone: 312.853.8700

MAYER BROWN LLP
Firm I.D. 43948
Richard F. Bulger
71 S. Wacker Drive
Chicago, IL 60606
Telephone: 312.782.0600
Facsimile: 312.701.7711

KIRKLAND & ELLIS LLP
Tom Morel
300 N. LaSalle
Chicago, IL 60654
Telephone: 312.862.2000
Facsimile: 312.862.2200

## PROOF OF SERVICE

The undersigned states that on the 4th day of December, 2013, Union Carbide Corporation served its Motion for Dismissal in the above-styled case. A copy of this document was provided to Plaintiff's counsel, Waters Kraus, & Paul, LLP, 3219 McKinney Ave Dallas, TX 75204

                                                                     /s/ Tobin J. Taylor
                                                                        Tobin J. Taylor

TJT/mjd