T3107

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARILYN F. QUIRIN, as Executor of the Estate of RONALD J. QUIRIN, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> LORILLARD TOBACCO COMPANY, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> *13cv2633* <br><br> Civil Action No. 13C2633 |

## ORDER FOR DISMISSAL OF UNION CARBIDE CORPORATION

Now comes Defendant, Union Carbide Corporation ("Union Carbide") by attorneys Heyl Royster Voelker & Allen, and for its Motion to Dismissal, which advised the Court that Plaintiff and Union Carbide Corporation have reached an agreement for settlement and have stipulated to a dismissal of the present cause of action as to Union Carbide, parties to bear their own costs.

IT IS HEREBY ORDERED:

Defendant, UNION CARBIDE CORPORATION, is dismissed with prejudice from the instant cause of action, each party to bear its own costs. All claims, cross claims, counterclaims or third party claims by all parties brought by or against UNION CARBIDE CORPORATION are dismissed with prejudice, parties to bear their own costs.

_____
Honorable Joan B. Gottschall
12/5/13