UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Marilyn F. Quirin
          Plaintiff,

v.                 Case No.: 1:13−cv−02633
                 Honorable Joan B. Gottschall

Lorillard Tobacco Company, et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 7, 2014:

  MINUTE entry before the Honorable Mary M. Rowland: Motion hearing held. Plaintiff's Motion to Quash Defendant Lorillard Tobacco Co.'s Subpoena of Arista Laboratories [203] is entered and continued. The Court will rule by mail. Defendant Georgia−Pacific LLC's and Defendant Crane Co.'s Motions to Join and Adopt Defendant Lorillard Tobacco Co.'s Motion to Compel [222] [226] are GRANTED. Defendant Lorillard Tobacco Co.'s Motion to Compel [215] is GRANTED IN PART and DENIED IN PART. Plaintiff shall produce any claim, claim form, or proof of claim filed with any entity, including any bankrupt entity or asbestos trust, in connection with Plaintiff's alleged asbestos−related disease no later than February 14, 2014. Defendants' motion to compel production of Plaintiff's settlement agreements with other entities is denied without prejudice to be raised again if the parties wish to engage in settlement discussions. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.